IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MARCQUES JERMAINE WHORLEY,** | ) | CASE NO. 7:15CV00027 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **ROANOKE CITY SHERIFF OFFICE,** | ) | |
| *ET AL.*, | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED AND ORDERED** that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and the clerk shall **STRIKE** the case from the active docket of the court.

**ENTER**: This  15th  day of April, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE